# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 13-CR-00400-01-DW-W |
| v. ) | |
| ) | |
| MANUEL GARCIA, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation. Doc. 25. No party has filed an objection to the Report and Recommendation. After an independent review, the Court ADOPTS the Magistrate's Report and Recommendation. Consequently, it is hereby ORDERED that the Magistrate's Report and Recommendation (Doc. 25) be attached to and made a part of this Order; it is further

ORDERED that the Court finds Defendant Manuel Garcia is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

IT IS SO ORDERED.


Date: April 30, 2014                                      _____/s/ Dean Whipple_____
                                                                        Dean Whipple
                                                                United States District Judge